## FARR & BAILEY MANUFACTURING COMPANY *v.* RINGWALT LINOLEUM WORKS.

## THOS. POTTER SONS & COMPANY *v.* RINGWALT LINOLEUM WORKS.

## COOK'S LINOLEUM COMPANY *v.* RINGWALT LINOLEUM WORKS.

## ARMSTRONG CORK COMPANY *v.* RINGWALT LINOLEUM WORKS.

## AMERICAN LINOLEUM MANUFACTURING COMPANY *v.* RINGWALT LINOLEUM WORKS.

## GEO. W. BLABON COMPANY *v.* RINGWALT LINOLEUM WORKS.

---

TRADEMARKS.

These appeals are governed by the decision of the court in *Nairn Linoleum Co.* v. *Ringwalt Linoleum Works, ante,* 64.

Nos. 1058 to 1063, both inclusive. Patent Appeals. Submitted November 16, 1916. Decided February 5, 1917.

HEARING on appeals from decisions of the Commissioner of Patents dismissing oppositions to the registration of a mark as a trademark. *Reversed.*

*Mr. Frank F. Reed, Mr. E. S. Rogers,* and *Mr. F. M. Phelps* for the appellants.

*Mr. Hans v. Briesen, Mr. Fritz v. Briesen,* and *Mr. Clowry Chapman* for the appellee.

Mr. Justice ROBB delivered the opinion of the Court:

These appeals involve substantially the same facts that were involved in the case just decided, *ante,* 64, and were to abide the decision therein. The decision in each case, therefore, will be reversed. *Reversed.*

Mr. Justice GOULD, of the Supreme Court of the District of Columbia, sat with the Court in the hearing and determination of this appeal, in the place of Mr. Chief Justice SHEPARD.